# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00661-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| Date: October 15, 2010 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| LORI MUNROE, | Marisa L. Williams |
| | Rhonda Lynn Rhodes |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, | Amy L. Padden |
| THE U.S. SOCIAL SECURITY ADMINISTRATION, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 9:59 a.m.
Court calls case. Appearances of counsel. *Also present on the phone: Nancy Gonzalez and Nichole Fitzhugh from the Office of General Counsel for the SSA.*

Discussion and arguments regarding Defendants' Motion for Leave to File a Surreply to Plaintiff's Rule 26(b)(5)(B) Motion for In Camera Review and Determination on Defendant's Claim of Privilege or Protection, doc #[39], filed 10/8/2010.

**ORDERED:** Defendants' Motion for Leave to File a Surreply to Plaintiff's Rule 26(b)(5)(B) Motion for In Camera Review and Determination on Defendant's Claim of Privilege or Protection, doc #[39], is **GRANTED.** Doc #[39-1] is **ACCEPTED** for filing this date. Plaintiff may file a Response to the Surreply on or before **OCTOBER 22, 2010**, then briefing on this issue is **CLOSED**.

HEARING CONCLUDED.

**Court in recess:** 10:06 a.m.
Total time in court: 00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.