**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 10-cv-00661-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: January 11, 2011** | **Courtroom Deputy:** Linda Kahoe |

LORI MUNROE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, *et al.*,

    Defendants.

Marisa L. Williams
Rhonda Lynn Rhodes

Amy L. Padden

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING
Court in session:    9:18 a.m.**
Court calls case.  Appearances of counsel.  *Also present on the phone is Plaintiff Lori Munroe, and Nancy Morales Gonzalez and Nicol Fitzhugh.*

Discussion regarding Plaintiff's Rule 26(b)(5)(B) Motion for *In Camera* Review and Determination on Defendant's Claim of Privilege or Protection, doc #[30], filed 8/16/2010.

Ms. Rhodes presents arguments.

Ms. Padden presents arguments.

The court presents its analysis.  The court rules from the bench.

**ORDERED**: Plaintiff's Rule 26(b)(5)(B) Motion for *In Camera* Review and Determination on Defendant's Claim of Privilege or Protection, doc #[30] is **GRANTED**.  The court finds that the work product doctrine and the attorney client privilege have been waived.  Plaintiff is not required to return the 178 pages of documents at issue.  Defendants may file an Objection to the court's ruling within 14 days from today's date.

**ORDERED:**   The parties shall file an Amended Proposed Scheduling Order on or before **JANUARY 21, 2011.**  If there are no questions, the court will sign the Amended Proposed Scheduling Order.  If questions arise, a telephonic conference will be set.

HEARING CONCLUDED.

**Court in recess**:     **10:24 a.m.**
Total time in court:    01:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.