# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 10-cv-00661-WJM-CBS

LORI MUNROE,

    Plaintiff

v.

MICHAEL J. ASTRUE, Commissioner of Social Security, and
THE UNITED STATES SOCIAL SECURITY ADMINISTRATION,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
## PURSUANT TO Fed.R.Civ.P. 41(a)
_____

Upon reviewing the Joint Stipulation for Dismissal (Doc. #66) pursuant to Fed.R.Civ.P. 41(a), the Court hereby ORDERS that the above-captioned case is hereby DISMISSED, WITH PREJUDICE. Each party shall pay her or its own costs and attorney's fees.

Dated this 4th day of March, 2011.

                                                BY THE COURT:

                                                s/ *William J. Martínez*
                                                United States District Judge